UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD ENRIQUE ULLOA,** :

    **Petitioner** :

                      **CIVIL ACTION NO. 3:13-2303**

**v.** :

                        **(Judge Mannion)**

**DILBERT G. SAUERS, Warden** :

    **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    The above captioned petition for writ of habeas corpus is **DISMISSED**.

2.    The Clerk of Court is directed to **CLOSE** this case.


                              s/ *Malachy E. Mannion*
                            **MALACHY E. MANNION**
                            **United States District Judge**

**DATE: December 5, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2303-01-ORDER.wpd